**Shannon Liss-Riordan**

---

| | |
|---|---|
| **From:** | Michael Vhay <MVhay@FerriterScobbo.Com> |
| **Sent:** | Monday, August 05, 2013 9:37 PM |
| **To:** | Shannon Liss-Riordan |
| **Cc:** | Leon, Norman M. (Norman.Leon@dlapiper.com); Iverson, Matthew J. (Matthew.Iverson@dlapiper.com) |
| **Subject:** | Re: Cooks v. Coverall--LR 7.1 conference |

Send me a copy of the right to sue letter and we'll consider your proposal.

Sent from my iPhone

On Aug 5, 2013, at 9:28 PM, "Shannon Liss-Riordan" <sliss@llrlaw.com> wrote:

> Yes, I'll oppose it.  He did file his complaint with the AG, so there's no reason to bring this motion.
>
>
> --------------------------------
> Shannon Liss-Riordan
> Lichten & Liss-Riordan, P.C.
> 100 Cambridge Street, 20th Floor
> Boston, Massachusetts 02114
> Tel: (617) 994-5800
> Fax: (617) 994-5801
> sliss@llrlaw.com
> www.llrlaw.com
>
> On Aug 5, 2013, at 2:19 PM, "Michael Vhay" <MVhay@FerriterScobbo.Com> wrote:
>
>> Good afternoon.  Having removed Cooks's complaint to federal court, the Coverall companies' responses under Rule 12 are due tomorrow.  They intend to move to dismiss Counts I-II of the Complaint because Cooks has not alleged that he presented his claims to the Mass. AG.  Will Cooks oppose the motion?

## Michael Vhay, Attorney

125 High St.

Boston, MA  02110

1

Tel:  (617) 737-1800 x 252

Fax:  (617) 737-1803

Cell:  (617) 699-7723

www.ferriterscobbo.com

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message. Thank you.